LAED 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| United States of America | ) |
| v.  Ernest Allen | ) |
| | ) Case No: 2:91CR00489-001 |
| | ) USM No: 22651-034 |
| Date of Previous Judgment: 04/08/1992 | ) FPD - Gary Schwabe |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  Cts. 1 and 2-235mo.*  months **is reduced to**  Cts.1and2-223 mo.*  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:  34             Amended Offense Level:  32
Criminal History Category:  V           Criminal History Category:  V
Previous Guideline Range:  235  to  293  months     Amended Guideline Range:  188  to  235  months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☑ Other (explain):

   If this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a 'time served' sentence.

**III. ADDITIONAL COMMENTS**

   The Court reluctantly reduces the sentence by 12 months to take into account the guideline change.

   * Count 3 remains as previously ordered - 60 months consecutive.

Except as provided above, all provisions of the judgment dated  04/08/1992  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  12/04/2008

Judge's signature

Effective Date: _____
(if different from order date)

Peter Beer
Printed name and title